UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mirjan Mohd, <br><br>         Petitioner, <br><br>         -v- <br><br> Kristi Noem, *Secretary of the Department of Homeland Security,* <br><br>         Respondents. | 2:26-cv-680 <br> (NJC) |

## ORDER

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, METROPOLITAN DETENTION CENTER, 80 29TH STREET, BROOKLYN, NY 11232

NUSRAT J. CHOUDHURY, United States District Judge:

  The United States District Court for the Eastern District of New York commands U.S. Immigration and Customs Enforcement to have **petitioner Mirjan Mohd, A#220-843-329,** who is presently detained in the Metropolitan Detention Center, 80 29th Street, Brooklyn, NY 11232, to be brought under safe and secure custody to Courtroom 1040, before the Honorable Nusrat J. Choudhury, United States District Judge, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **Tuesday, February 10, 2026 at 11:00 AM.**

  It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain custody of Mr. Mohd throughout the entire hearing.

Following the hearing, if the Court orders Mr. Mohd to remain in detention, U.S. Immigration and Customs Enforcement shall return him under safe and secure custody to the Metropolitan Detention Center. Alternatively, if the Court grants the petition and orders Mr. Mohd released from detention, U.S. Immigration and Customs Enforcement shall immediately process Mr. Mohd for release from the Court in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement shall bear the costs of implementing the terms of this order.

Dated: Central Islip, New York
February 7, 2026

                                                */s/ Nusrat J. Choudhury*
                                                NUSRAT J. CHOUDHURY
                                                United States District Judge